IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------X
KERRY OLIVER,                              )
                                           )
            Plaintiff,                     )   No. 1:05CV02485 (PLF)
                                           )
                                           )   HEARING REQUESTED
        v.                                 )
                                           )
WHITE & CASE LLP,                          )
                                           )
            Defendant.                     )
-------------------------------------------X
```

## DEFENDANT'S MOTION TO DISMISS

This Motion seeks dismissal of this action pursuant to Rule 12(b)(6) Fed. R. Civ. Pro. on the ground that plaintiff and defendant are parties to a valid agreement to arbitrate the dispute that is the subject of the Complaint.

The Complaint, a copy of which is attached to this Motion as Exhibit A, alleges that defendant breached a June 2004 settlement agreement with plaintiff that was arrived at in an EEOC mediation, which resolved a prior Title VII race discrimination charge that plaintiff had made against defendant. A true and correct copy of this Mediation Settlement Agreement, which was entered into among the plaintiff, the defendant and the EEOC, is attached as Exhibit B to this Motion. Pursuant to the Mediation Settlement Agreement, the parties also entered into a Confidential Settlement Agreement, which is attached as Exhibit C to this Motion.

The Confidential Settlement Agreement expressly provides that any dispute regarding plaintiff's employment, and any dispute "arising from or regarding" the Settlement Agreement "will be exclusively submitted to binding arbitration…" Id., ¶ 9(a). Consequently, as further set

forth in the accompanying Memorandum of Law, defendant respectfully requests that this action be dismissed, with prejudice and in its entirety.

Dated: New York, New York
       January 24, 2006

Respectfully submitted,

Laura B. Hoguet (D.C. Bar No. 200915)
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808
*Attorneys for Defendant*

2