# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | | |
|---|---|---|
| KERRY OLIVER, | ) | |
| | ) | **Case No: 1:05CV02485** |
| Plaintiff, | ) | |
| | ) | **(ESH)** |
| V. | ) | |
| | ) | |
| WHITE & CASE, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Upon consideration of the Plaintiff's Opposition To Defendant's Motion To Dismiss, and all opposition and responses thereto, Defendant's Motion to Dismiss this Proceeding is hereby **DENIED.**

It is further **ORDERED** that_____

_____

                                                                              _____
                                                                              **Honorable Ellen S. Huvelle**

Copies:
Laura B. Hoguet
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, New York 10016

Andrellos C. Mitchell                                         Kerry Oliver
Law Office of Andrellos Mitchell, PLLC     1422 Kings Manor Drive
717 D Street, NW, Suite 300                         Mitchellville, Maryland 20721
Washington, DC 20004