IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KERRY OLIVER,<br><br>  Plaintiff,<br><br>  v.<br><br>WHITE & CASE LLP,<br><br>  Defendant. | **AFFIRMATION OF RANDI SELTZER MAY** |

RANDI SELTZER MAY, an attorney duly admitted before the United States District Courts for the District of Columbia, affirms under penalty of perjury:

I am an attorney associated with Hoguet Newman & Regal, LLP, counsel for defendant White & Case LLP ("Defendant"), and I make this affirmation on personal knowledge and in support of Defendant's Motion to Dismiss.

1. The Confidential Settlement Agreement, dated June 23, 2004, entered into by and between the plaintiff and the defendant (which was attached as Exhibit C to Defendant's Motion To Dismiss, dated January 23, 2006) contained a General Release attached as Schedule A. Attached hereto as Exhibit 1 is a true and accurate copy of Schedule A to the Confidential Settlement Agreement (the General Release).

Dated: New York, New York
       February 6, 2006

Respectfully submitted,

/s/ Randi Seltzer May
RANDI SELTZER MAY (D.C. Bar No. NY 0063)
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808
*Attorney for Defendant*