SCHEDULE A

## GENERAL RELEASE

I, Kerry Oliver, for myself, my heirs, assigns, successors, executors, and administrators (hereinafter collectively referred to as the "Releasor"), in consideration of the promises and covenants set forth in the accompanying Confidential Settlement Agreement (the "Settlement Agreement"), hereby fully release and discharge White & Case LLP ("W&C") its predecessors, successors, assigns, partners, affiliated entities, employee benefit plans, pension plans and funds and its past, present and future employees, agents, trustees, administrators, representatives, and/or anyone else connected with it (collectively, the "Released Parties"), forever and unconditionally, from any and all manner of action, claim, demand, damages, cause of action, debt, sum of money, contract, covenant, controversy, agreement, promise, judgment, and demand whatsoever, in law or equity, known or unknown, existing or claimed to exist (hereinafter, collectively referred to as "Claims") arising from the beginning of time through the execution of this General Release, including, without limitation, all Claims relating to or arising out my employment, salary, benefits and/or any discrimination claim based on race, religion, color, national origin, age, sex, sexual orientation or preference, disability, retaliation, or any cause of action under the following in each case as amended: the Age Discrimination in Employment Act of 1967, Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1991, the Civil Rights Act of 1866, the Equal Pay Act of 1963, the American with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Older Workers Benefit Protection Act, the Worker Adjustment and Retraining Notification Act, the Employee Retirement Income Security Act of 1974 (except any valid claim to recover vested benefits, if applicable), any applicable Executive Order program, and their state or local counterparts, including, without

limitation, any applicable law, statute or regulation under the laws of the District of Columbia, the New York State Human Rights Law (Article 15 of the New York State Executive Law), the New York City Human Rights Law, as amended (Title I, Chapter B of the Administrative Code of the City of New York) and any other federal, state or local law, rule, regulation, statute, constitution or ordinance, or under any public policy or common law or arising under any practices or procedure of W&C, and/or any claim for wrongful termination, back pay, severance, vacation pay, reimbursement for expenses, bonuses, future wage loss, claims for compensation of any kind, any other claim, whether in tort, contract or otherwise, or any claim for costs, fees or other expenses, including attorneys' fees, provided however, nothing herein shall be deemed to release any claims that Releasor may have arising (i) from a breach by W&C of its obligations set forth in the Settlement Agreement; and (ii) after the date that Releasor executes this General Release. This General Release applies in all jurisdictions.

By signing this General Release, Releasor acknowledges that:

(i) I have read and fully understand the terms of this General Release;

(ii) I have been advised to consult with my attorneys, concerning the terms of this General Release, and that I have done so to the extent I deem necessary;

(iii) I have agreed to this General Release knowingly, voluntarily, with such advice from my counsel as I deemed appropriate, and was not subjected to any undue influence or coercion in agreeing to their terms;

(iv) I acknowledge that there is a risk that subsequent to this General Release, the Releasor may discover, incur, or suffer claims that were unknown to the parties or unanticipated at the time of signing this General Release,

including, without limitation, unknown or unanticipated claims that, had they been known, may have materially affected the decision to enter into this General Release. The Releasor expressly assumes the risk of such unknown and unanticipated claims and agrees that this General Release applies to all such potential claims;

(v) I have been given 21 days to consider this General Release, and acknowledge that in the event I execute this General Release prior to the expiration of the 21 day period, I hereby waive the balance of said period;

(vi) I will have seven (7) days following my execution of this General Release to revoke the Settlement Agreement and the General Release and the Settlement Agreement and the General Release shall not become effective or enforceable until the revocation period has expired. Any revocation within this seven (7) day period must be submitted in writing and personally delivered or mailed **AND** delivered by facsimile by 5:30 p.m. on the 7th day following my execution of the Settlement Agreement and the General Release to Ms. Jill Connors, Director of Human Resources, White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (facsimile number: (212) 354-8113). If the Settlement Agreement and the General Release are revoked by me then I shall forfeit the benefits provided in the Settlement Agreement; and

(vii) I have agreed that no provision of this General Release may be modified, changed, waived or discharged unless such waiver, modification, change or discharge is agreed to in writing and signed by each of the parties to the Settlement Agreement.

_____
Kerry Oliver

Sworn to before me this 2nd day of July, 2004.

_____
Notary Public

Keisha Monroe
Notary Public District of Columbia
My Commission Expires 5/14/2009