UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KERRY OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2485 (ESH) |
| | ) |
| WHITE & CASE, LLP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is defendant's Motion to Dismiss.  Though defendant's motion is styled as a motion under Fed. R. Civ. P. 12(b)(6), defendant's underlying claim is that the Court lacks jurisdiction because of a valid and binding arbitration agreement between the parties.  (Mem. in Support of Def.'s Mot. at 1.)  As such, the Court will treat the motion as one to compel arbitration pursuant to 9 U.S.C. § 4 and apply the Rule 56 standard of review applicable to such motions.  *See Brown v. Dorsey & Whitney, LLP*, 267 F.Supp. 2d 61, 66-68 (D.D.C. 2003); *accord Par-Knit Mills, Inc. v. Stockbridge Fabrics Co., Ltd.*, 636 F.2d 51, 54 & n.9 (3d Cir. 1980) ("[I]nasmuch as the district court's order . . . is in effect a summary disposition of the issue of whether or not there had been a meeting of the minds on the agreement to arbitrate" courts apply the "standard used . . . in resolving summary judgment motions.").

Under Rule 12, a district court must provide notice and an opportunity to supplement the record when treating a motion to dismiss as one for summary judgment.  *See Gordon v. Nat'l*

*Youth Work Alliance*, 675 F.2d 356, 361 (D.C. Cir. 1982); *see also Hollis v. United States Dep't of Army*, 856 F.2d 1541, 1544 (D.C. Cir. 1988).

Accordingly, it is hereby **ORDERED** that plaintiff may submit additional evidence on or before March 7, 2006 and defendant shall file a response to plaintiff's submission, if any, by March 17, 2006.

                                                                    s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Date:   February 21, 2006